**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | J.H.W., Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 56-1310165 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **818 W. Union St.**<br>**Morganton, NC 28655**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Burke**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **J.H.W., Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **J.H.W., Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | | | | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | J.H.W., Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor J.H.W., Inc. _____  Case number (*if known*) _____
       Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 4, 2023**
       MM / DD / YYYY

X **/s/ Wendell Fox**                                         **Wendell Fox**
_____       _____
Signature of authorized representative of debtor           Printed name

Title   **President/Director**
_____

**18. Signature of attorney**

X **/s/ R. Keith Johnson**                          Date **August 4, 2023**
_____          _____
Signature of attorney for debtor                              MM / DD / YYYY

**R. Keith Johnson**
_____
Printed name

**Law Offices of R. Keith Johnson, P.A.**
_____
Firm name

**1275 S. Hwy. 16**
**Stanley, NC 28164**
_____
Number, Street, City, State & ZIP Code

Contact phone  **704-827-4200**            Email address  **kjparalegal@bellsouth.net**

**8840 NC**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **J.H.W., Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  4, 2023**          X */s/ Wendell Fox*
                                              Signature of individual signing on behalf of debtor

                                              **Wendell Fox**
                                              Printed name

                                              **President/Director**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **J.H.W., Inc.** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alternative Funding Group Corp. 1000 NW 65th St., Ste. 100 Fort Lauderdale, FL 33309** | | | **Contingent Unliquidated Disputed** | | | **$150,000.00** |
| **Bizfund 2371 McDonald Ave., 2nd Floor Brooklyn, NY 11223** | | | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Central Carolina Sprinkler PO Box 602 Lincolnton, NC 28093** | | | | | | **$92,678.00** |
| **CNC Door Company 10400 Bryton Corporate Center Dr. Suite 500 Huntersville, NC 28078** | | | | | | **$17,920.00** |
| **EX Contractor 453 Union St. Spartanburg, SC 29603** | | | | | | **$15,380.00** |
| **Exterior Vinyl 288 Commerce Blvd. Statesville, NC 28625** | | | | | | **$134,761.88** |
| **FBC Leasing 818 W. Union St. Morganton, NC 28655** | | | | | | **$15,000.00** |

Debtor    **J.H.W., Inc.**                                      Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fenix Capital Funding 9265 4th Ave., 2nd Floor Brooklyn, NY 11209** | | | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Floridatile 998 Governors Ln., Ste. 250 Lexington, KY 40513** | | | | | | **$15,708.72** |
| **Grace, Ross & Reed, Inc. 6466 Emerald Dunes, #308 West Palm Beach, FL 33411** | | | | | | **$35,500.00** |
| **Graylan Boyd 602 Hensley Rd. Marion, NC 28752** | | | | | | **$158,000.00** |
| **Hamby Brothers PO Box 844 Lenoir, NC 28645** | | | | | | **$30,903.62** |
| **Home Team Painting/Cazzie Shorthouse 109 E. Fleming Dr., Apt. 211 Morganton, NC 28655** | | | | | | **$20,650.00** |
| **Lake James Electric 1599 US 70 W Morganton, NC 28655** | | | | | | **$21,017.59** |
| **M & M Forestry 84 Rolands Chapel Rd. Nebo, NC 28761** | | | | | | **$29,900.00** |
| **On Deck/ODK Capital, LLC 4700 W. Daybreak Pkwy., Ste. 200 Sourth Jordan, UT 84009** | | | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Samson MCA, LLC 17 State St., Ste. 630 New York, NY 10038** | | | **Contingent Unliquidated Disputed** | | | **$200,000.00** |
| **Strickland Acoustics 1168 Toodies Creek Rd. Burnsville, NC 28714** | | | | | | **$96,150.00** |

Debtor    **J.H.W., Inc.**
Name                                              Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Triangle Contractors PO Box 8010 Morganton, NC 28680** | | | | | | **$30,000.00** |
| **Wendell and Connie Fox 102 Emory Wood Dr. Morganton, NC 28655** | | **Lease arrears** | | | | **$67,500.00** |

**Fill in this information to identify the case:**

Debtor name      **J.H.W., Inc.**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................  $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................  $     **509,459.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................  $     **509,459.00**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $     **432,388.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $     **6,530.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$     **1,584,683.77**

4. **Total liabilities** .....................................................................................................................
Lines 2 + 3a + 3b      $     **2,023,601.77**

**Fill in this information to identify the case:**

Debtor name __J.H.W., Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|
| **2.1 CAT Financial** — Creditor's Name<br>Caterpillar Financial Services Corp.<br>2120 West End Ave.<br>Nashville, TN 37203 — Creditor's mailing address<br><br>Describe debtor's property that is subject to a lien: **CAT 304 excavator**<br>Describe the lien<br>Is the creditor an insider or related party? ■ No ☐ Yes<br>Is anyone else liable on this claim? ■ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br>As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Do multiple creditors have an interest in the same property? ■ No ☐ Yes. | $56,575.00 | $45,000.00 |
| **2.2 CAT Financial** — Creditor's Name<br>Caterpillar Financial Services Corp.<br>2120 West End Ave.<br>Nashville, TN 37203 — Creditor's mailing address<br><br>Describe debtor's property that is subject to a lien: **CAT 299 D3 Crawler**<br>Describe the lien<br>Is the creditor an insider or related party? ■ No ☐ Yes<br>Is anyone else liable on this claim? ■ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $51,000.00 | $48,000.00 |

Debtor   **J.H.W., Inc.**
_____
Name

Case number (if known) _____

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CAT Financial** | **Describe debtor's property that is subject to a lien** | $24,183.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**Caterpillar Financial Services Corp.**
**2120 West End Ave.**
**Nashville, TN 37203**

Creditor's mailing address

**CAT 259 D3 crawler**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CAT Financial** | **Describe debtor's property that is subject to a lien** | $27,630.00 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**Caterpillar Financial Services Corp.**
**2120 West End Ave.**
**Nashville, TN 37203**

Creditor's mailing address

**CAT 305E excavator**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CAT Financial** | **Describe debtor's property that is subject to a lien** | $14,000.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**Caterpillar Financial Services Corp.**
**2120 West End Ave.**
**Nashville, TN 37203**

**CAT 643 telehandler**

---

Debtor    **J.H.W., Inc.**                                            Case number *(if known)* _____
_____
Name

Creditor's mailing address                    **Describe the lien**
_____                _____

                                             **Is the creditor an insider or related party?**
_____                ■ No
Creditor's email address, if known              ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                      ■ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.6 | **CHTD Company/ Sheffield Financial** | **Describe debtor's property that is subject to a lien** | $21,000.00 | $21,000.00 |

Creditor's Name                               **Equipment**

**101 N. Cherry St.**
**Winston Salem, NC 27101**
_____
Creditor's mailing address                    **Describe the lien**
                                             _____

                                             **Is the creditor an insider or related party?**
_____                ■ No
Creditor's email address, if known              ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                      ■ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**6475**
**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.7 | **Financial Agent Services** | **Describe debtor's property that is subject to a lien** | $28,000.00 | $15,000.00 |

Creditor's Name                               **Roofing machine**

**801 Adlai Stevenson Dr.**
**Springfield, IL 62703**
_____
Creditor's mailing address                    **Describe the lien**
                                             _____

                                             **Is the creditor an insider or related party?**
_____                ■ No
Creditor's email address, if known              ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                      ■ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply

---

| Debtor | J.H.W., Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Secured Lender Solutions** | Describe debtor's property that is subject to a lien | $60,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Truist Bank** | Describe debtor's property that is subject to a lien | $150,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Blanket lien on all assets** | | |

**PO Box 1847
Wilson, NC 27894**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**6302 Fairview Rd., Ste 300
Charlotte, NC 28210**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No

---

Debtor   **J.H.W., Inc.**                                          Case number (*if known*) _____
      Name

Creditor's email address, if known      ☐ Yes
                                        **Is anyone else liable on this claim?**

**Date debt was incurred**              ■ No

                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply

■ No                                    ☐ Contingent

☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative
priority.                               ☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$432,388.00** |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Fill in this information to identify the case:

Debtor name __J.H.W., Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** | **$2,000.00** |
| | **Burke County Tax Collector** **PO Box 219** **Morganton, NC 28680** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,530.00** | **$4,530.00** |
| | **Internal Revenue Service** **320 Federal Place** **Greensboro, NC 27401** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | J.H.W., Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**2.3** Priority creditor's name and mailing address

**NC Department of Revenue**
**P. O. Box 25000**
**Raleigh, NC 27640**

As of the petition filing date, the claim is:     $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address          $1,433.30

**84 Lumber**
**2846 Hwy. 70 SE**
**Hickory, NC 28602**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address          $150,000.00

**Alternative Funding Group Corp.**
**1000 NW 65th St., Ste. 100**
**Fort Lauderdale, FL 33309**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.3** Nonpriority creditor's name and mailing address          $2,070.42

**Arrow Door & Hardware**
**208 E. Daniel Morgan Ave.**
**Spartanburg, SC 29302**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.4** Nonpriority creditor's name and mailing address          $525.21

**Benco Steep**
**PO Box 2053**
**Hickory, NC 28603**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.5** Nonpriority creditor's name and mailing address          $100,000.00

**Bizfund**
**2371 McDonald Ave., 2nd Floor**
**Brooklyn, NY 11223**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | J.H.W., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$806.00** |
|---|---|---|---|

**Blue Ridge Waste, INc.**
**P. O. Box 411**
**Glen Alpine, NC 28628**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Brian Shorthouse**
**301 Bethel Rd.**
**Morganton, NC 28655**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,958.00** |
|---|---|---|---|

**Builders Mutual**
**5580 Centerview Dr.**
**Raleigh, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$669.30** |
|---|---|---|---|

**Burke County Waste Management**
**PO Box 1217**
**Hildebran, NC 28637**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,882.52** |
|---|---|---|---|

**Burke Portable Toilet**
**PO Box 1013**
**Morganton, NC 28680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,469.78** |
|---|---|---|---|

**Carolina CAT Rental Store**
**1201 Hwy. 70 E**
**Newton, NC 28658**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,398.00** |
|---|---|---|---|

**Carolina Ready Mix**
**1901 Valley Pkwy.**
**Monroe, NC 28110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.H.W., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$224.74** |
|---|---|---|---|

**Caterpillar**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$92,678.00** |
|---|---|---|---|

**Central Carolina Sprinkler**
**PO Box 602**
**Lincolnton, NC 28093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$86.47** |
|---|---|---|---|

**Cherokee**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$335.40** |
|---|---|---|---|

**Cintas**
**PO Box 630803**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$924.89** |
|---|---|---|---|

**City Electric**
**PO Box 13507**
**Greensboro, NC 27415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,920.00** |
|---|---|---|---|

**CNC Door Company**
**10400 Bryton Corporate Center Dr.**
**Suite 500**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corporate Debt Advisors**
**1903 S. Congress Ave., Ste. 150**
**Boynton Beach, FL 33426**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | J.H.W., Inc. | Case number *(if known)* | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00**

**Diversified Glass**
**1005 Jamestown Rd.**
**Morganton, NC 28655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,172.00**

**Dotson Guttering**
**11 Valley Dr.**
**Mars Hill, NC 28754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,380.00**

**EX Contractor**
**453 Union St.**
**Spartanburg, SC 29603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134,761.88**

**Exterior Vinyl**
**288 Commerce Blvd.**
**Statesville, NC 28625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**FBC Leasing**
**818 W. Union St.**
**Morganton, NC 28655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Fenix Capital Funding**
**9265 4th Ave., 2nd Floor**
**Brooklyn, NY 11209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,708.72**

**Floridatile**
**998 Governors Ln., Ste. 250**
**Lexington, KY 40513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.H.W., Inc. | Case number (if known) | |
|---|---|---|---|

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Forte Design**
**7773 Ivey Meadow Ln.**
**Stanley, NC 28164**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Grace, Ross & Reed, Inc.**
**6466 Emerald Dunes, #308**
**West Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$35,500.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Graylan Boyd**
**602 Hensley Rd.**
**Marion, NC 28752**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$158,000.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Guaranteed Supply Co.**
**PO Box 36007**
**Greensboro, NC 27416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,357.89**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Hamby Brothers**
**PO Box 844**
**Lenoir, NC 28645**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30,903.62**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Home Team Painting/Cazzie Shorthouse**
**109 E. Fleming Dr., Apt. 211**
**Morganton, NC 28655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20,650.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**

**James Oxygen**
**PO Box 159**
**Hickory, NC 28603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$209.59**

---

Debtor   **J.H.W., Inc.** _____   Case number *(if known)* _____
Name

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,769.42** |
|---|---|---|---|

**Kerr Concrete**
**PO Box 603259**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,266.25** |
|---|---|---|---|

**Labor Connections**
**PO Box 1181**
**Conover, NC 28613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,017.59** |
|---|---|---|---|

**Lake James Electric**
**1599 US 70 W**
**Morganton, NC 28655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**Lowe's**
**PO Box 530954**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,900.00** |
|---|---|---|---|

**M & M Forestry**
**84 Rolands Chapel Rd.**
**Nebo, NC 28761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.61** |
|---|---|---|---|

**Material Sales**
**PO Box 60774**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MCA Recovery, LLC**
**17 State St., Ste. 4000**
**New York, NY 10004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | J.H.W., Inc. | Case number (if known) | |
|---|---|---|---|

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,500.00 |
|---|---|---|---|

**Mike Dalton**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.06 |
|---|---|---|---|

**Mobile Modular**
5700 Las Positas Rd.
Livermore, CA 94551

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,036.00 |
|---|---|---|---|

**Momentum Tire**
1908 S. Sterling St.
Morganton, NC 28655

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,300.00 |
|---|---|---|---|

**Nicholas Lail**
302 Main Ave., W
Hildebran, NC 28637

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,689.46 |
|---|---|---|---|

**OldCastle APG**
333 N. Greene St.
Greensboro, NC 27401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**On Deck/ODK Capital, LLC**
4700 W. Daybreak Pkwy., Ste. 200
Sourth Jordan, UT 84009

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.26 |
|---|---|---|---|

**PPG/Sherwin Williams**
400 Bertha Lamme Dr.
Cranberry Twp, PA 16066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **J.H.W., Inc.**                                                    Case number (if known) _____

      Name

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.67** |
|---|---|---|---|

**Prime Porta Potty**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$813.87** |
|---|---|---|---|

**Republic Services**
**PO Box 9001099**
**Louisville, KY 40290**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,375.00** |
|---|---|---|---|

**Safeguard Equipment**
**115 Butler Hollow Ln.**
**Morganton, NC 28655**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Samson MCA, LLC**
**17 State St., Ste. 630**
**New York, NY 10038**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,373.00** |
|---|---|---|---|

**Site One**
**2067 Fairgrove Church Rd.**
**Newton, NC 28658**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,464.95** |
|---|---|---|---|

**Stonelocator**
**400 E. Pratt St., Ste. 800**
**Baltimore, MD 21202**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,150.00** |
|---|---|---|---|

**Strickland Acoustics**
**1168 Toodies Creed Rd.**
**Burnsville, NC 28714**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.H.W., Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address

**Todd Carswell, CPA**
**PO Box 1096**
**Morganton, NC 28655**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.56** | Nonpriority creditor's name and mailing address

**Triangle Contractors**
**PO Box 8010**
**Morganton, NC 28680**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.57** | Nonpriority creditor's name and mailing address

**Unifour Fire**
**PO Box 9489**
**Hickory, NC 28603**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,195.20**

---

**3.58** | Nonpriority creditor's name and mailing address

**Utility Trailers**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,209.60**

---

**3.59** | Nonpriority creditor's name and mailing address

**Vulcan Materials**
**PO Box 75219**
**Charlotte, NC 28275**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$299.37**

---

**3.60** | Nonpriority creditor's name and mailing address

**Wendell and Connie Fox**
**102 Emory Wood Dr.**
**Morganton, NC 28655**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lease arrears__

Is the claim subject to offset? ■ No ☐ Yes

**$67,500.00**

---

**3.61** | Nonpriority creditor's name and mailing address

**Western Carolina Supply**
**PO Box 699**
**Hickory, NC 28603**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,674.73**

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **J.H.W., Inc.**
_____    Case number (if known) _____
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 6,530.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,584,683.77 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,591,213.77 |

## United States Bankruptcy Court
### Western District of North Carolina

In re    **J.H.W., Inc.** _____    Case No. _____

Debtor(s)                              Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Larry Wendell Fox 100% owner** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August  4, 2023** _____    Signature    **/s/ Wendell Fox** _____

                                                              **Wendell Fox**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**

**Western District of North Carolina**

In re   **J.H.W., Inc.**                                              Case No. _____

_____   Chapter   __11_____
                                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President/Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **August  4, 2023**                          **/s/ Wendell Fox**
_____               _____
                                                          **Wendell Fox**/**President/Director**
                                                          Signer/Title

84 Lumber
2846 Hwy. 70 SE
Hickory, NC 28602


Alternative Funding Group Corp.
1000 NW 65th St., Ste. 100
Fort Lauderdale, FL 33309


Arrow Door & Hardware
208 E. Daniel Morgan Ave.
Spartanburg, SC 29302


Benco Steep
PO Box 2053
Hickory, NC 28603


Bizfund
2371 McDonald Ave., 2nd Floor
Brooklyn, NY 11223


Blue Ridge Waste, INc.
P. O. Box 411
Glen Alpine, NC 28628


Brian Shorthouse
301 Bethel Rd.
Morganton, NC 28655


Builders Mutual
5580 Centerview Dr.
Raleigh, NC 27606


Burke County Tax Collector
PO Box 219
Morganton, NC 28680


Burke County Waste Management
PO Box 1217
Hildebran, NC 28637


Burke Portable Toilet
PO Box 1013
Morganton, NC 28680

Carolina CAT Rental Store
1201 Hwy. 70 E
Newton, NC 28658


Carolina Ready Mix
1901 Valley Pkwy.
Monroe, NC 28110


CAT Financial
Caterpillar Financial Services Corp.
2120 West End Ave.
Nashville, TN 37203


Caterpillar


Central Carolina Sprinkler
PO Box 602
Lincolnton, NC 28093


Cherokee


CHTD Company/ Sheffield Financial
101 N. Cherry St.
Winston Salem, NC 27101


Cintas
PO Box 630803
Cincinnati, OH 45263


City Electric
PO Box 13507
Greensboro, NC 27415


CNC Door Company
10400 Bryton Corporate Center Dr.
Suite 500
Huntersville, NC 28078


Corporate Debt Advisors
1903 S. Congress Ave., Ste. 150
Boynton Beach, FL 33426

Diversified Glass
1005 Jamestown Rd.
Morganton, NC 28655


Dotson Guttering
11 Valley Dr.
Mars Hill, NC 28754


EX Contractor
453 Union St.
Spartanburg, SC 29603


Exterior Vinyl
288 Commerce Blvd.
Statesville, NC 28625


FBC Leasing
818 W. Union St.
Morganton, NC 28655


Fenix Capital Funding
9265 4th Ave., 2nd Floor
Brooklyn, NY 11209


Financial Agent Services
801 Adlai Stevenson Dr.
Springfield, IL 62703


Floridatile
998 Governors Ln., Ste. 250
Lexington, KY 40513


Forte Design
7773 Ivey Meadow Ln.
Stanley, NC 28164


Grace, Ross & Reed, Inc.
6466 Emerald Dunes, #308
West Palm Beach, FL 33411


Graylan Boyd
602 Hensley Rd.
Marion, NC 28752

Guaranteed Supply Co.
PO Box 36007
Greensboro, NC 27416

Hamby Brothers
PO Box 844
Lenoir, NC 28645

Home Team Painting/Cazzie Shorthouse
109 E. Fleming Dr., Apt. 211
Morganton, NC 28655

Internal Revenue Service
320 Federal Place
Greensboro, NC 27401

James Oxygen
PO Box 159
Hickory, NC 28603

Kerr Concrete
PO Box 603259
Charlotte, NC 28260

Labor Connections
PO Box 1181
Conover, NC 28613

Lake James Electric
1599 US 70 W
Morganton, NC 28655

Lowe's
PO Box 530954
Atlanta, GA 30353

M & M Forestry
84 Rolands Chapel Rd.
Nebo, NC 28761

Material Sales
PO Box 60774
Charlotte, NC 28260

MCA Recovery, LLC
17 State St., Ste. 4000
New York, NY 10004


Mike Dalton



Mobile Modular
5700 Las Positas Rd.
Livermore, CA 94551


Momentum Tire
1908 S. Sterling St.
Morganton, NC 28655


NC Department of Revenue
P. O. Box 25000
Raleigh, NC 27640


Nicholas Lail
302 Main Ave., W
Hildebran, NC 28637


OldCastle APG
333 N. Greene St.
Greensboro, NC 27401


On Deck/ODK Capital, LLC
4700 W. Daybreak Pkwy., Ste. 200
Sourth Jordan, UT 84009


PPG/Sherwin Williams
400 Bertha Lamme Dr.
Cranberry Twp, PA 16066


Prime Porta Potty



Republic Services
PO Box 9001099
Louisville, KY 40290

Safeguard Equipment
115 Butler Hollow Ln.
Morganton, NC 28655


Samson MCA, LLC
17 State St., Ste. 630
New York, NY 10038


Secured Lender Solutions
PO Box 2576
Springfield, IL 62708


Site One
2067 Fairgrove Church Rd.
Newton, NC 28658


Stonelocator
400 E. Pratt St., Ste. 800
Baltimore, MD 21202


Strickland Acoustics
1168 Toodies Creed Rd.
Burnsville, NC 28714


Todd Carswell, CPA
PO Box 1096
Morganton, NC 28655


Triangle Contractors
PO Box 8010
Morganton, NC 28680


Truist Bank
PO Box 1847
Wilson, NC 27894


Unifour Fire
PO Box 9489
Hickory, NC 28603


US Small Business Administration
6302 Fairview Rd., Ste 300
Charlotte, NC 28210

Utility Trailers


Vulcan Materials
PO Box 75219
Charlotte, NC 28275


Wendell and Connie Fox
102 Emory Wood Dr.
Morganton, NC 28655


Western Carolina Supply
PO Box 699
Hickory, NC 28603

# United States Bankruptcy Court
## Western District of North Carolina

In re __J.H.W., Inc._____

Debtor(s)

Case No. _____

Chapter    __11_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __J.H.W., Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August  4, 2023_____

Date

**/s/ R. Keith Johnson**_____

**R. Keith Johnson**
Signature of Attorney or Litigant
Counsel for    **J.H.W., Inc.**_____
**Law Offices of R. Keith Johnson, P.A.**
**1275 S. Hwy. 16**
**Stanley, NC 28164**
**704-827-4200 Fax:704-827-4477**
**kjparalegal@bellsouth.net**